UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA DAWN OLSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>D.K. JOHNSON, Warden,<br><br>　　　　Respondent. | No. CV 12-404-R (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: May 22, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge