UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA DAWN OLSON, | No. CV 12-404-R (AGR) |
|     Petitioner, | JUDGMENT |
| v. | |
| D.K. JOHNSON, Warden, | |
|     Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED:  May 22, 2012

                                            MANUEL L. REAL
                                     United States District Judge